UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION -- PIKEVILLE

| | |
|---|---|
| LISA ANN CHRISPEN, **Plaintiff,** V. UNITED STATES OF AMERICA, **Defendant.** | CIVIL ACTION NO. 7:16-132-KKC AMENDED JUDGMENT |

In accordance with the Findings of Fact and Conclusions of Law entered on August 4, 2017, the Court hereby ORDERS and ADJUDGES as follows:

1) The United States of America is liable to Lisa Ann Chrispen for medical negligence and Lisa Ann Chrispen shall recover from the United States $2,082,336.90 as compensatory damages;

2) Interest will begin accruing on the judgment only when the judgment becomes final after review on appeal or petition by the United States Government, and then only from the date of filing of the transcript of the judgment with the Secretary of the Treasury through the day before the date of the mandate of affirmance. 31 U.S.C. § 1304(b)(1)(A);

3) This matter is STRICKEN from the Court's active docket; and

4) This judgment is FINAL and APPEALABLE.

Dated October 13, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY